IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DPJ** : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 16-245** |
| : | |
| **DELAWARE VALLEY CHARTER** : | |
| **HIGH SCHOOL,** *et al.* : | |
| **Defendants.** : | |

## ORDER

**AND NOW,** this 31st day of August 2016, upon consideration of the Motion to Dismiss and the opposition thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. Count I (Civil Rights Violations under 42 U.S.C. § 1983) is **DISMISSED without prejudice** for failure to state a claim.

2. Count V (Civil Rights Violations under 42 U.S.C. § 12132 and 29 U.S.C. § 794) is **DISMISSED without prejudice** for lack of subject-matter jurisdiction resulting from the failure to exhaust.

3. Plaintiff is granted leave to file an amended complaint within **21 days** of the date of this Order.

4. In the event that Plaintiff does not file an amended complaint, the Court declines to exercise supplemental jurisdiction over the state-law claims and Count II (Reckless Disregard of Safety), Count III (Negligence), and Count IV (Outrageous Conduct Causing Severe Emotional Distress) are **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania, where the case was filed at January Term 2016, No. 937.

It is so **ORDERED**.

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**